# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN RODRIGUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br> D. HENRY, et al.,<br><br>    Defendants. | No.  2:20-CV-1659-JAM-DMC-P<br><br>FINDINGS AND RECOMENDATIONS |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's first amended complaint (ECF No. 13).

Plaintiff erroneously listed Rodriguez and Poppachan as defendants in this matter. Plaintiff merely wanted the Court to note that Rodriguez and Poppachan are witnesses to Plaintiff's claims.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1       Based on the foregoing, the undersigned recommends that Rodriguez and Poppachan be dismissed as defendants to this action, with prejudice.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, any party may file written objections with the court. Responses to objections shall be filed within 14 days after service of objections. Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 6, 2021

                                  DENNIS M. COTA
                                  UNITED STATES MAGISTRATE JUDGE