**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIAN RODRIGUEZ,<br><br>  Plaintiff,<br><br>  v.<br><br> D. HENRY, et al.,<br><br>  Defendants. | No. 2:20-CV-1659-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action. Pending before the Court is Defendants' motion, ECF No. 27, to opt-out of the Court's early Alternative Dispute Resolution program. Good cause appearing therefor based on defense counsel's representation that settlement discussions will not likely be productive at this time, Defendants' motion is granted and the stay of proceedings imposed on January 21, 2022, is lifted. The Court will set an initial schedule for this litigation by separate order.

IT IS SO ORDERED.

Dated: March 2, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1