IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIAN RODRIGUEZ,** | Case No. 2:20-cv-01659 JAM DMC (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER** |
| v. | |
| **D. HENRY, et al.,** | |
| Defendants. | |

    Defendants Crume and Henry (Defendants) move for administrative relief under Civil Local Rule 233 and Federal Rule of Civil Procedure 16 to modify the scheduling order and extend Defendants' discovery cut-off and dispositive-motion deadlines by ninety days. As this is Defendants' first request for an extension/modification of the scheduling deadlines, the Court considers Defendants' motion ex parte pursuant to Local Rule 144(c).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Good cause appearing based on counsel's declaration indicating the need for additional time to arrange for Plaintiff's remote deposition from Mazatlan, Mexico, IT IS ORDERED that Defendants' motion is granted. The March 3, 2022, scheduling order is modified as follows: the parties may conduct discovery until September 6, 2022, and the deadline for filing of dispositive motions is extended to December 5, 2022.

**IT IS SO ORDERED.**

Dated:  June 3, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE