IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN RODRIGUEZ,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>D. HENRY, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:20-cv-01659 DAD DMC (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER** |

　　　Defendants Crume and Henry (Defendants) move to modify the scheduling order and extend the discovery cut-off and dispositive-motion deadlines by ninety days.  See ECF No. 35.

　　　After full consideration, and good cause appearing therefor based on defense counsel's declaration indicating the need for additional time to arrange for Plaintiff's remote deposition with a Spanish interpreter, as well as Plaintiff's apparent lack of cooperation, IT IS ORDERED that Defendants' motion is granted.  The discovery cut-off deadline is extended to December 5, 2022, for the limited purpose of Defendants taking Plaintiff's deposition, and for Plaintiff to

/ / /

/ / /

/ / /

/ / /

respond to Defendants' pending written discovery requests.  The deadline for Defendants to file a dispositive motion is also extended to March 6, 2023.  To the extent the Court orders additional discovery upon ruling on Plaintiff's pending motion to compel, these deadlines may be extended further as appropriate.

While the Court has granted the relief requested, the Court strongly cautions against the filing of such motions just days before the scheduled discovery cut-off date.  Motions for modification of a scheduling order should be filed early enough before expiration of the deadline to allow for opposition and the Court's consideration. Continued lack of appropriate attention to timely filing will result in denial of the requested extension of time.

**IT IS SO ORDERED.**

**Dated:  September 2, 2022**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE