1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JULIAN RODRIGUEZ,                              No.  2:20-CV-1659-DAD-DMC-P

12                Plaintiff,

13         v.                                       <u>ORDER</u>

14   D. HENRY, et al.,

15                Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action.  Pending

18   before the Court is Defendants' motion to modify the schedule for this case.  <u>See</u> ECF No. 37.

19          A review of the docket reflects that discovery closed on December 5, 2022.  <u>See</u>

20   ECF No. 36.  Defendants timely filed a motion to compel discovery responses.  <u>See</u> ECF No. 34.

21   The Court finds it appropriate to vacate the remaining schedule, which consists only of the

22   dispositive motion filing deadline, pending resolution of Defendants' motion to compel, which is

23   unopposed and addressed by separate order.

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

                                          1

1    Accordingly, IT IS HEREBY ORDERED as follows:

2        1.    Defendants' motion to modify the schedule, ECF No. 37, is granted.

3        2.    The remaining schedule for this case, consisting only of the dispositive

4   motion filing deadline, is vacated.

5        3.    The Court will re-set the dispositive motion filing deadline upon resolution

6   of Plaintiff's pending motions to compel, which will be addressed by separate order.

7        4.    The Clerk of the Court is directed to terminate ECF No. 37 as a pending

8   motion.

9   Dated:  April 26, 2023

10                                          _____
                                            DENNIS M. COTA
11                                          UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28