IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN RODRIGUEZ,<br><br>                    Plaintiff,<br><br>        v.<br><br>D. HENRY, et al.,<br><br>                    Defendants. | Case No. 2:20-cv-01659-DAD-DMC-P<br><br>**ORDER** |

Defendants Crume and Henry (Defendants) move to modify the scheduling order and extend the dispositive-motion deadline by ninety days.

Good cause appearing based on counsel's declaration indicating that Defendants have still not received discovery responses from Plaintiff as ordered by the Court on May 5, 2023, and Defendants having not received any response from Plaintiff to defense counsel's requests to schedule Plaintiff's deposition, Defendants' motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion to modify the schedule for this case, ECF No. 41, is GRANTED.

2. Dispositive motions are due by November 1, 2023.

Dated: July 24, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2

[Proposed] Order Granting Defs.' Mot. Admin. Relief to Modify Sched. Order (2:20-cv-01659 DAD DMC (PC))