UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. HENRY, et al.,<br><br>　　　　Defendants. | No.  2:20-cv-01659-DAD-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING UNOPPOSED MOTION FOR TERMINATING SANCTIONS<br><br>(Doc. Nos. 40, 43) |

　　　　Plaintiff Julian Rodriguez is a former prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 20, 2023, defendants filed a motion for terminating sanctions, or in the alternative evidentiary sanctions, against plaintiff due to his failure to comply with the court's discovery order dated May 5, 2023, in which he was directed to respond to defendants' interrogatories and requests for production.  (Doc. No. 40.)  Plaintiff did not file an opposition to the pending motion for sanctions.  Indeed, plaintiff has not filed any documents with the court in this action in the last several years.  On February 22, 2022, plaintiff filed a notice of change of address on the docket in another action plaintiff has pending in this court and noted that he was released from custody and is living in Mexico.  *See Rodriguez v. Ruiz et al.*, 2:20-cv-01525-DAD-JDP, Notice, Doc. No. 47 (E.D. Cal. Feb. 22, 2022).  That same day, the Clerk of the Court updated the docket in this action

to reflect plaintiff's new address of record in Mexico, and since then, the Clerk of the Court has served copies of the court's orders in this action on plaintiff by mail at that address.

On August 17, 2023, the assigned magistrate judge issued findings and recommendations recommending that defendants' unopposed motion for terminating sanctions against plaintiff (Doc. No. 40) be granted. (Doc. No. 43.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.[1] (*Id*. at 3.) To date, no objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 17, 2023 (Doc. No. 43) are adopted in full;
2. Defendants' motion for terminating sanctions against plaintiff (Doc. No. 40) is granted;
3. This action is dismissed; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **October 23, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] As reflected on the docket in this action, on August 17, 2023, the Clerk of the Court served a copy of the pending findings and recommendations on plaintiff by mail at his address of record.